UNITED STATES of America, Plaintiff-Appellee,

v.

Alvar Gante TOLEDO, Defendant-Appellant.

No. 16-16185

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2017 *

Filed July 17, 2017

Mark Alexander Inciong, Esquire, Assistant U.S. Attorney, DOJ—Office of the US Attorney, Honolulu, HI, for Plaintiff-Appellee

Before: CANBY, KOZINSKI, and HAWKINS, Circuit Judges.

MEMORANDUM **

Alvar Gante Toledo appeals from the district court's order granting in part his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

The district court reduced Toledo's sentence to 108 months, the bottom of the amended guideline range. This was the

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

lowest sentence the court could impose. *See* U.S.S.G. § 1B1.10(b)(2)(A). Toledo's claim that he was eligible for a further reduction fails because he does not meet the requirements of U.S.S.G. § 1B1.10(b)(2)(B). *See* U.S.S.G. § 1B1.10 cmt. n.3; *United States v. Finazzo*, 841 F.3d 816, 818-19 (9th Cir. 2016).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.